UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNADETTE RICCIARDI,

                        Plaintiff,                    19-CV-02807 (SN)

            -against-                      **ORDER**

DIANE RICCI, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the recent close of discovery and the rescheduling of a settlement conference, the Court hereby ORDERS that any party who wishes to file a summary judgment motion shall do so, without a pre-motion letter, by Monday, May 18, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
               New York, New York