UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNADETTE RICCIARDI,

                    Plaintiff,                    19-CV-02807 (SN)

    -against-                            **ORDER**

DIANE RICCI, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By status letter dated June 5, 2020, defendants informed the Court that the parties intended to schedule a settlement conference with the Court after their exchange of the then-outstanding independent medical examinations. See ECF No. 23. If they believe it would be productive to schedule a settlement conference at this time, the parties are directed to email Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov, by no later than August 14, 2020, three dates upon which the parties are available for a settlement conference. The parties should note that until further notice, the Court will conduct settlement conferences by telephone using a confidential teleconferencing service which allows the Court to speak privately with each party. Otherwise, the parties are directed to file a joint letter, by no later than August 14, 2020, requesting the Court enter a final pretrial schedule.

The parties are further ordered to meet and confer to discuss whether, in light of the COVID-19 pandemic, they would be amenable to a bench trial or whether they maintain their request for a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 12, 2020
         New York, New York