**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2020_
```

BERNADETTE RICCIARDI,

                         **Plaintiff,**

        -against-

DIANE RICCI, et al.,

                       **Defendants.**

-------------------------------------------------------------------X

          **19-CV-2807 (SN)**

          **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

After the parties reached a settlement on November 4, 2020, the Court issued an order dismissing the case, providing that the plaintiff could apply to restore the action to the Court's calendar within 30 days. ECF No. 26.

Plaintiff now timely seeks to restore the action to the Court's calendar. See ECF No. 27. That request is GRANTED. A telephonic conference has been scheduled for November 24, 2020, at 2:30 p.m., in order to discuss the issues with the settlement agreement that have arisen. At that time, the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

The Clerk of Court is respectfully directed to reopen this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 17, 2020
             New York, New York