UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNADETTE RICCIARDI,

                           **Plaintiff,**                          **19-CV-2807 (SN)**

        -against-                                      **ORDER**

**DIANE RICCI, et al.,**

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This case having settled on November 4, 2020, former counsel Estrin & Benn, LLC is given until December 8, 2020, to make any application under New York Judiciary Law § 475. If former counsel does not file any application by December 8, 2020, the funds are to be released to Plaintiff and her current counsel. If former counsel does make a timely application, current counsel may file an opposition no later than December 14, 2020.

       Current counsel is directed to mail a copy of this Order to former counsel.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:       November 24, 2020
                 New York, New York